UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

Case No. 10-20488

HON. GEORGE CARAM STEEH

ELLIS M. DALLAS, JR.,

        Defendant(s).
_____/

## ORDER EXTENDING SURRENDER DATE

Upon review of defendant's request to extend his self surrender date of May 19, 2011 and with no objection received from the U. S. Attorney's Office it is hereby ordered that defendant shall surrender to the designated institution in Virginia **by 12:00 noon on July 1, 2011.**

**SO ORDERED.**

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: May 10, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the defendant at 20203 Forrer, Detroit, Michigan and attorneys of record on May 10, 2011, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk